IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re:                                           :   Chapter 11
                                                 :   Case No. 05-11168 (MFW)
                                                 :   Jointly Administered
MERIDIAN AUTOMOTIVE SYSTEMS                      :
-- COMPOSITES OPERATIONS,                        :
INC., et al.,                                    :
                                                 :
                                                 :
                Debtors.                         :
------------------------------------------------x

### NOTICE OF APPEAL OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP FROM ORDER GRANTING MOTION OF STANFIELD CAPITAL PARTNERS LLC FOR ENTRY OF AN ORDER DISQUALIFYING MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS COUNSEL TO COMMITTEE OF FIRST LIEN SECURED LENDERS PURSUANT TO RULE 1.7 OF DELAWARE LAWYER'S RULES OF PROFESSIONAL CONDUCT AND RULE 2019(b)(1) OF FEDERAL RULES OF BANKRUPTCY PROCEDURE AND JOINDER IN OBJECTION TO PENDING FEE APPLICATION OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP hereby appeals to the United States District Court for the District of Delaware from the Order (Docket No. 1013) entered by the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, on April 17, 2006, granting the Motion Of Stanfield Capital Partners, LLC For Entry Of An Order Disqualifying Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel To Committee Of First Lien Secured Lenders Pursuant To Rule 1.7 Of Delaware Lawyer's Rules Of Professional Conduct And Rule 2019(B)(1) Of Federal Rules Of Bankruptcy Procedure And Joinder In Objection To Pending Fee Application Of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP (Docket No. 864). A copy of the Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Appellant | Thomas A. Arena, Esq.<br>Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York  10005<br>(212) 530-5828<br><br>Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow LLP<br>The Corporate Plaza<br>800 Delaware Avenue<br>Wilmington, Delaware  19899<br>(302) 652-8400 |
| Stanfield Capital Partners, LLC | J. Andrew Rahl, Jr.<br>James Andriola<br>Paul A. Rachmuth<br>Anderson Hill & Olick, P.C.<br>(212) 278-1000<br><br>Francis A. Monaco, Jr.<br>Monzack & Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, Delaware  19899<br>(302) 656-8162 |
| Official Committee of Unsecured Creditors of Meridian Automotive Systems -- Composites Operations, Inc., et al. | David Neier<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York  10166-4193<br>(212) 294-6700<br><br>Don A. Beskrone<br>Gregory A. Taylor<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware  19899<br>(302) 654-1888 |

Dated: April 26, 2006
Wilmington, Delaware

**SMITH, KATZENSTEIN & FURLOW LLP**
Kathleen M. Miller, Esq.
The Corporate Plaza
800 Delaware Avenue
Wilmington, Delaware 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: _____
     Thomas A. Arena (TA 4613)
     James C. Tecce (JT 5910)

1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000 (Telephone)
(212) 530-5219 (Facsimile)
tarena@milbank.com
jtecce@milbank.com

# E<span></span>XHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: | ) ) | Chapter 11 |
| MERIDIAN AUTOMOTIVE SYSTEMS-<br>COMPOSITE OPERATIONS, INC.,<br>et al. | ) ) ) ) | Case No. 05-11168(MFW)<br>(Jointly Administered) |
| Debtors. | ) ) ) | |

### O R D E R

**AND NOW,** this **17th** day of **April, 2006,** upon the Motion of Stanfield Capital Partners, LLC for Entry of an Order Disqualifying Milbank, Tweed, Hadley & McCloy ("Milbank") as Counsel to the Informal Committee of First Lien Lenders (the "FLC"), and after considering arguments in opposition thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion is **GRANTED** and Milbank shall be disqualified from further representation of the FLC in the above-captioned bankruptcy cases.

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: Francis A. Monaco, Jr., Esquire[1]

---

[1] Counsel shall distribute a copy of this Order to all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Francis A. Monaco, Jr., Esquire
Monzack & Monaco
1201 North Orange Street
Wilmington, DE 19801
Counsel for Stanfield Capital Partners, LLC

James Andriola, Esquire
Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, NY 10020
Counsel for Stanfield Capital Partners, LLC

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE 19801
Counsel for Milbank, Tweed, Hadley & McCloy, LLP

Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
Counsel for the Debtors

Paul Caruso, Esquire
Sidley Austin
One South Dearborn
Chicago, IL 60603
Counsel for the Debtors

Don Beskrone, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Counsel for the Official Committee of Unsecured Creditors

David Neier, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
Counsel for the Official Committee of Unsecured Creditors

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

```
Andrea L. Rocanelli, Esquire
Carvel State Office Building
820 North French Street, 11th Floor
Wilmington, Delaware 19801-3545
Office of Disciplinary Counsel
```

TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:**

# 05-11168-MFW

**Deputy Clerk Transferring Case:** Renee Kuesel

**Cause of Appeal:**

( Docket #1031 )Order Granting Motion of Stanfield Capital Partners, LLC For Entry of an Order Disqualifying Milbank, Tweed, Hadley & McCloy as Counsel to the Informal Committee of First Lien Lenders. ( Entered 4/17/06 )

( Docket #1028 ) Notice of Appeal: Of Milbank, Tweed, Hadley & McCloy, LLP From Order Granting Motion of Stanfield Capital Partners LLC for Entry of an Order Disqualifying Milbank, Tweed, Hadley & McCloy, LLP as Counsel to Committee of First Lien Secured Lenders.

( Docket #1032 )  Notice of Appeal: ( CORRECTED ) Of Milbank, Tweed, Hadley & McCloy, LLP From Order Granting Motion of Stanfield Capital Partners LLC for Entry of an Order Disqualifying Milbank, Tweed, Hadley & McCloy, LLP as Counsel to Committee of First Lien Secured Lenders.

( Docket #1053 ) Designation of Record and Statement of Issues on Appeal, Pursuant to Fed. R. Bankr. P. 8006, of Appellant Milbank, Tweed, Hadley & McCloy LLP  Filed by Milbank, Tweed, Hadley & McCloy LLP

( Docket # 1073) Appellee Designation of Contents for Inclusion in Record of Appeal *and Objection to Certain of Appellant's Designations*  Filed by Stanfield Capital Partners LLC

**Parties:**

Milbank, Tweed, Hadley & McCloy as Counsel to the Informal Committee of First Lien Lenders

**Appellant Counsel:** **Kathleen M. Miller**
Smith, Katzenstein & Furlow, LLP
The Corporate Plaza
800 Delaware Avenue
Wilmington, DE 19899
302 652-8400
Fax : 302-652-8405
Email: kmiller@skdelaware.com

Stanfield Capital Partners, LLC
**Appellee Counsel:** **Francis A. Monaco, Jr.**
Monzack & Monaco    P.A.
1201 N. Orange Street
P.O. Box 2031
Wilmington, DE 19899
302-656-8162

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE:<br><br>MERIDIAN AUTOMOTIVE SYSTEMS-<br>COMPOSITE OPERATIONS, INC.,<br>et al.<br><br>　　　　　Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 05-11168(MFW)<br>) (Jointly Administered)<br>)<br>)<br>)<br>) |

**O R D E R**

**AND NOW**, this **17th** day of **April, 2006**, upon the Motion of Stanfield Capital Partners, LLC for Entry of an Order Disqualifying Milbank, Tweed, Hadley & McCloy ("Milbank") as Counsel to the Informal Committee of First Lien Lenders (the "FLC"), and after considering arguments in opposition thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion is **GRANTED** and Milbank shall be disqualified from further representation of the FLC in the above-captioned bankruptcy cases.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_Mary F. Walrath_
　　　　　　　　　　　　　　　　　Mary F. Walrath
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: Francis A. Monaco, Jr., Esquire[1]

---

[1] Counsel shall distribute a copy of this Order to all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Francis A. Monaco, Jr., Esquire
Monzack & Monaco
1201 North Orange Street
Wilmington, DE 19801
Counsel for Stanfield Capital Partners, LLC

James Andriola, Esquire
Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, NY 10020
Counsel for Stanfield Capital Partners, LLC

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE 19801
Counsel for Milbank, Tweed, Hadley & McCloy, LLP

Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
Counsel for the Debtors

Paul Caruso, Esquire
Sidley Austin
One South Dearborn
Chicago, IL 60603
Counsel for the Debtors

Don Beskrone, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Counsel for the Official Committee of Unsecured Creditors

David Neier, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
Counsel for the Official Committee of Unsecured Creditors

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

```
Andrea L. Rocanelli, Esquire
Carvel State Office Building
820 North French Street, 11th Floor
Wilmington, Delaware 19801-3545
Office of Disciplinary Counsel
```