IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                           :   Chapter 11
                                                 :   Case No. 05-11168 (MFW)
                                                 :   Jointly Administered
MERIDIAN AUTOMOTIVE SYSTEMS                      :
-- COMPOSITES OPERATIONS,                        :
INC., et al.,                                    :
                                                 :
                                                 :
                    Debtors.                     :
---------------------------------------------------------x

### NOTICE OF APPEAL OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP FROM ORDER GRANTING MOTION OF STANFIELD CAPITAL PARTNERS LLC FOR ENTRY OF AN ORDER DISQUALIFYING MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS COUNSEL TO COMMITTEE OF FIRST LIEN SECURED LENDERS PURSUANT TO RULE 1.7 OF DELAWARE LAWYER'S RULES OF PROFESSIONAL CONDUCT AND RULE 2019(b)(1) OF FEDERAL RULES OF BANKRUPTCY PROCEDURE AND JOINDER IN OBJECTION TO PENDING FEE APPLICATION OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP hereby appeals to the United States District Court for the District of Delaware from the Order (Docket No. 1013) entered by the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, on April 17, 2006, granting the Motion Of Stanfield Capital Partners, LLC For Entry Of An Order Disqualifying Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel To Committee Of First Lien Secured Lenders Pursuant To Rule 1.7 Of Delaware Lawyer's Rules Of Professional Conduct And Rule 2019(B)(1) Of Federal Rules Of Bankruptcy Procedure And Joinder In Objection To Pending Fee Application Of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP (Docket No. 864). A copy of the Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Appellant | Thomas A. Arena, Esq.<br>Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York  10005<br>(212) 530-5828<br><br>Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow LLP<br>The Corporate Plaza<br>800 Delaware Avenue<br>Wilmington, Delaware  19899<br>(302) 652-8400 |
| Stanfield Capital Partners, LLC | J. Andrew Rahl, Jr.<br>James Andriola<br>Paul A. Rachmuth<br>Anderson Hill & Olick, P.C.<br>(212) 278-1000<br><br>Francis A. Monaco, Jr.<br>Monzack & Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, Delaware  19899<br>(302) 656-8162 |
| Official Committee of Unsecured Creditors of Meridian Automotive Systems -- Composites Operations, Inc., et al. | David Neier<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York  10166-4193<br>(212) 294-6700<br><br>Don A. Beskrone<br>Gregory A. Taylor<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware  19899<br>(302) 654-1888 |

Dated:       April 27, 2006
             Wilmington, Delaware

                              **SMITH, KATZENSTEIN & FURLOW** LLP

                              By:  /s/Kathleen M. Miller
                                   Kathleen M. Miller, Esq. (2898)
                              The Corporate Plaza
                              800 Delaware Avenue
                              Wilmington, Delaware  19899
                              Telephone:  (302) 652-8400
                              Facsimile:  (302) 652-8405
                              Email:  kmiller@skfdelaware.com

                              **MILBANK, TWEED, HADLEY & McCLOY** LLP

                              Thomas A. Arena (TA 4613)
                              James C. Tecce (JT 5910)
                              1 Chase Manhattan Plaza
                              New York, New York 10005-1413
                              (212) 530-5000 (Telephone)
                              (212) 530-5219 (Facsimile)
                              tarena@milbank.com
                              jtecce@milbank.com