

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re:                                          :   Chapter 11
                                                :   Case No. 05-11168 (MFW)
MERIDIAN AUTOMOTIVE SYSTEMS                     :   Jointly Administered
-- COMPOSITES OPERATIONS,                       :
INC., et al.,                                   :
                                                :
                    Debtors.                    :
------------------------------------------------x

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL,
PURSUANT TO FED. R. BANKR. P. 8006, OF APPELLANT
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

Appellant, Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank"), hereby submits this Designation Of Record And Statement Of Issues On Appeal Pursuant To Fed. R. Bankr. P. 8006 with respect to the Order, dated April 17, 2006 (the "Disqualification Order"), entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), granting the Motion Of Stanfield Capital Partners LLC ("Stanfield") For Entry Of An Order Disqualifying Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel To Informal Committee Of First Lien Secured Lenders (the "First Lien Committee") Pursuant To Rule 1.7 Of Delaware Lawyers' Rules Of Professional Conduct And Rule 2019(b)(1) Of Federal Rules Of Bankruptcy Procedure And Joinder In Objections To Pending Fee Application (the "Disqualification Motion").

1. **Designation Of Record On Appeal**

Certain items designated herein are to be filed under seal in the United States District Court for the District of Delaware consistent with the Bankruptcy Court's Sealing Order[1]

---

[1] Order, Pursuant To 11 U.S.C. §§ 105(a) And 107(b)(1) And Fed. R. Bankr. P. 9018, Granting Motion Of Milbank, Tweed, Hadley & McCloy LLP To File Under Seal Its Objection (And Exhibits Annexed Thereto) To Disqualification Motion, dated March 22, 2006 (Docket No. 955) (the "Sealing Order"), directing that (i) Milbank is authorized to file a redacted version of its objection to the Disqualification Motion (hereinafter, the "Milbank Objection"); (ii) Milbank is authorized to file the exhibits annexed to the Milbank Objection under seal; (iii) the Milbank Objection, the exhibits attached thereto, and any

and are marked accordingly. Milbank designates the following items for inclusion in the record on appeal:

| DATE FILED | EXHIBIT | DOCKET NO. | ITEM |
|---|---|---|---|
| 04-26-2006 | A ✓ | 1028 | Notice of Appeal of Milbank from Disqualification Order |
| 04-27-2006 | B ✓ | 1032 | (Corrected) Notice of Appeal of Milbank from Disqualification Order |
| 03-03-2006 | C | 895 | Milbank Objection (Un-Redacted) (to be filed under seal) |
| 03-03-2006 | D | 895 | Declaration of Warren F. Cooke (to be filed under seal) |
| 03-20-2006 | E ✓ | 942 | (Redacted) Milbank Objection |
| 03-14-2006 | F ✓ | 924 | (Redacted) Supplemental Brief in Further Support of Milbank Objection (the "Supplemental Objection") |
| 03-14-2006 | G ✓ | 924 | Declaration of Bruce A. Green |
| 03-30-2006 | H | 977 | Supplemental Objection (Un-Redacted) (to be filed under seal) |
| 03-14-2006 | I ✓ | 925 | Statement of Official Committee of Unsecured Creditors With Respect to Disqualification Motion |
| 03-07-2006 | J ✓ | 1024 | Transcript of Hearing Before the Honorable Mary F. Walrath on March 7, 2006 at 10:30 a.m. (the "Hearing") |
| 02-13-2006 | Milbank 1 ✓ | 864 | Hearing Exhibit: Disqualification Motion |
| | Milbank 2 | | Hearing Exhibit: Email dated 10/28/2004 (to be filed under seal) |
| | Milbank 3 | | Hearing Exhibit: Milbank Memorandum dated 11/01/2004 (to be filed under seal) |
| | Milbank 4 | | Hearing Exhibit: Email dated 11/04/2004 (to be filed under seal) |
| | Milbank 5 | | Hearing Exhibit: Email dated 11/16/2004 (to be filed under seal) |
| | Milbank 6 | | Hearing Exhibit: Milbank bill dated 11/29/2004 (to be filed under seal) |
| | Milbank 7 | | Hearing Exhibit: Milbank bill dated 12/23/2004 (to be |

information derived therefrom shall remain confidential; and (iv) any responsive or related pleadings, or any pleadings that disclose any of the information or concern any of the issues contained in the Milbank Objection, shall be filed under seal.

| | | | |
|---|---|---|---|
| | | | filed under seal) |
| | Milbank 8 | | Hearing Exhibit: Milbank bill dated 01/19/2005 (to be filed under seal) |
| | Milbank 9 | | Hearing Exhibit: Milbank bill dated 01/19/2005 (to be filed under seal) |
| | Milbank 10 | | Hearing Exhibit: Milbank bill dated 02/15/2005 (to be filed under seal) |
| | Milbank 11 | | Hearing Exhibit: Milbank bill dated 02/15/2005 (to be filed under seal) |
| | Milbank 12 | | Hearing Exhibit: Milbank bill dated 02/15/2005 (to be filed under seal) |
| | Milbank 13 | | Hearing Exhibit: Email exchange dated 03/04/2005 |
| | Milbank 14 | | Hearing Exhibit: Email dated 03/16/2005 (to be filed under seal) |
| | Milbank 15 | | Hearing Exhibit: Email dated 03/30/2005 (to be filed under seal) |
| | Milbank 16 | | Hearing Exhibit: Email dated 03/30/2005 (to be filed under seal) |
| | Milbank 17 | | Hearing Exhibit: Milbank bill dated 03/31/2005 (to be filed under seal) |
| | Milbank 18 | | Hearing Exhibit: Email dated 04/25/2005 (to be filed under seal) |
| | Milbank 19 | | Hearing Exhibit: Email dated 04/26/2005 (to be filed under seal) |
| | Milbank 20 | | Hearing Exhibit: Email dated 04/26/2005 (to be filed under seal) |
| | Milbank 21 | | Hearing Exhibit: Email dated 04/27/2005 (to be filed under seal) |
| | Milbank 22 | | Hearing Exhibit: Milbank Report dated 05/02/2005 (to be filed under seal) |
| | Milbank 23 | | Hearing Exhibit: Milbank Memorandum dated 05/02/2005 (to be filed under seal) |
| | Milbank 24 | | Hearing Exhibit: Email exchange dated 05/13/2005 (to be filed under seal) |
| | Milbank 25 | | Hearing Exhibit: Email exchange dated 05/25/2005 (to be filed under seal) |
| | Milbank 26 | | Hearing Exhibit: Email exchange dated 05/25/2005 (to be filed under seal) |
| | Milbank 27 | | Hearing Exhibit: Email dated 05/31/2005 (to be filed |

| | | | |
|---|---|---|---|
| | | | under seal) |
| | Milbank 28 | | Hearing Exhibit: Email exchange dated 05/31/2005 (to be filed under seal) |
| | Milbank 29 | | Hearing Exhibit: Email dated 06/01/2005 (to be filed under seal) |
| | Milbank 30 | | Hearing Exhibit: Email dated 06/02/2005 (to be filed under seal) |
| | Milbank 31 | | Hearing Exhibit: Email dated 06/09/2005 (to be filed under seal) |
| | Milbank 32 | | Hearing Exhibit: Cooke notes dated 06/11/2005 (to be filed under seal) |
| | Milbank 33 | | Hearing Exhibit: Email dated 06/13/2005 (to be filed under seal) |
| | Milbank 34 | | Hearing Exhibit: Email dated 06/14/2005 (to be filed under seal) |
| | Milbank 35 | | Hearing Exhibit: Email dated 06/14/2005 (to be filed under seal) |
| | Milbank 36 | | Hearing Exhibit: Email exchange dated 06/20/2005 (to be filed under seal) |
| | Milbank 37 | | Hearing Exhibit: Email exchange dated 06/23/2005 (to be filed under seal) |
| | Milbank 38 | | Hearing Exhibit: Email exchange dated 06/23/2005 (to be filed under seal) |
| | Milbank 39 | | Hearing Exhibit: Email exchange dated 06/23/2005 to be filed under seal) |
| | Milbank 40 | | Hearing Exhibit: Email dated 06/23/2005 (to be filed under seal) |
| | Milbank 40A | | Hearing Exhibit: Email dated 06/23/2005 (to be filed under seal) |
| | Milbank 41 | | Hearing Exhibit: Email dated 06/23/2005 (to be filed under seal) |
| | Milbank 42 | | Hearing Exhibit: Email dated 06/23/2005 (to be filed under seal) |
| | Milbank 43 | | Hearing Exhibit: Cooke Memorandum dated 06/24/2005 (to be filed under seal) |
| | Milbank 44 | | Hearing Exhibit: Day note entries dated 06/25/2005 (to be filed under seal) |
| | Milbank 45 | | Hearing Exhibit: Email dated 06/26/2005 (to be filed |

| | | | |
|---|---|---|---|
| | | | under seal) |
| | Milbank 45A | | Hearing Exhibit: Day note entries dated 02/21/2006 (to be filed under seal) |
| | Milbank 46 | | Hearing Exhibit: Email dated 06/26/2005 (to be filed under seal) |
| | Milbank 47 | | Hearing Exhibit: Email dated 06/29/2005 (to be filed under seal) |
| | Milbank 48 | | Hearing Exhibit: Email dated 07/05/2005 (to be filed under seal) |
| | Milbank 49 | | Hearing Exhibit: Email dated 07/14/2005 (to be filed under seal) |
| | Milbank 50 | | Hearing Exhibit: Email dated 09/22/2005 (to be filed under seal) |
| | Milbank 51 | | Hearing Exhibit: Email dated 09/22/2005 (to be filed under seal) |
| | Milbank 52 | | Hearing Exhibit: Email dated 09/22/2005 (to be filed under seal) |
| | Milbank 53 | | Hearing Exhibit: Email dated 09/23/2005 (to be filed under seal) |
| | Milbank 54 | | Hearing Exhibit: Email dated 09/23/2005 (to be filed under seal) |
| | Milbank 55 | | Hearing Exhibit: Milbank Report dated 11/10/2005 (to be filed under seal) |
| | Milbank 56 | | Hearing Exhibit: Milbank Memorandum dated 11/14/2005 (to be filed under seal) |
| | Milbank 57 | | Hearing Exhibit: Email dated 11/30/2005 (to be filed under seal) |
| | Milbank 58 | | Hearing Exhibit: Article from Debtwire dated 01/30/2006 |
| 04-27-2005 | Milbank 59 | 36 | Hearing Exhibit: Interim Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection to Pre-Petition Secured Parties; and (III) Scheduling Final Hearing |
| 05-25-2005 | Milbank 60 | 164 | Hearing Exhibit: Milbank and Smith, Katzenstein & Furlow Verified Statement |

| | | | |
|---|---|---|---|
| 05-27-2005 | Milbank 61 ✓ | 177 | Hearing Exhibit: Supplemental Interim Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral and (C) to Enter into the Waiver; and (II) Granting Adequate Protection to Pre-Petition Secured Parties |
| 06-03-2005 | Milbank 62 ✓ | 205 | Hearing Exhibit: Transcript of Hearing Held May 26, 2005 before the Honorable Mary F. Walrath |
| 06-27-2005 | Milbank 63 ✓ | 300 | Hearing Exhibit: First Lien Committee Objection to Debtors' Motion for a Final Order (I) Authorizing Debtors (A) to Obtain Debtor-in-Possession Financing and (B) to Use Cash Collateral; and (II) Granting Adequate Protection to Certain Pre-Petition Secured Parties |
| 06-29-2005 | Milbank 64 ✓ | 325 | Hearing Exhibit: First Lien Committee Objection to Amended Debtors' Motion for a Final Order (I) Authorizing Debtors (A) to Obtain Debtor-in-Possession Financing and (B) to Use Cash Collateral; and (II) Granting Adequate Protection to Certain Pre-Petition Secured Parties |
| 07-15-2006 | Milbank 65 | 382 | Hearing Exhibit: Hearing Transcript Before Honorable Mary F. Walrath on June 30, 2005 at 10:30 A.M |
| 06-30-2005 | Milbank 66 ✓ | 339 | Hearing Exhibit: Final Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral; and (II) Granting Adequate Protection to Pre-Petition Secured Parties |
| | Milbank 67 | | Hearing Exhibit: Milbank cover letter dated 07/19/2005 **(to be filed under seal)** |
| 07-27-2005 | Milbank 68 ✓ | 418 | Hearing Exhibit: Debtors' Motion for an Order Extending Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan |
| 08-08-2005 | Milbank 69 ✓ | 447 | Hearing Exhibit: Credit Suisse Comment to Debtors' Motion for an Order Extending Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan |
| 08-08-2005 | Milbank 70 ✓ | 446 | Hearing Exhibit: Credit Suisse Statement with Respect to the Debtors' Motion to Extend Their Exclusive Periods |
| 08-26-2005 | Milbank 71 ✓ | 511 | Hearing Exhibit: Complaint for the Avoidance of Liens and Claims and Related Declaratory Relief |
| 09-13-2005 | Milbank 72 ✓ | 543 | Hearing Exhibit: Milbank First Fee Application |
| 02-13-2006 | K ✓ | 865 | Affidavit of Christopher A. Pucillo in Support of Disqualification Motion |
| 03-21-2006 | L | 948 | Stanfield Response to Supplemental Objection **(to be filed under seal)** |

| Date | Ex. | ✓ | No. | Description |
|---|---|---|---|---|
| 03-02-2006 | M | ✓ | 893 | Motion Pursuant to 11 U.S.C. §§ 105(a) and 107(b)(1) and Fed. R. Bankr. P. 9018, to File Milbank Objection Under Seal |
| 03-27-2006 | N | ✓ | 955 | Sealing Order |
| 04-17-2006 | O | ✓ | 1012 | Opinion in Support of Disqualification Order |
| 04-17-2006 | P | ✓ | 1013 | Disqualification Order |
| 03-03-2006 | Q | | | Transcript of Deposition of Luc A. Despins pp. [6:8-14:5]; [18:5-23:2]; [25:4-29:3]; [32:23-33:6]; [35:9-37:11]; [47:16-48:10] (to be filed under seal) |
| 03-03-2006 | R | | | Transcript of Deposition of Warren Cooke, pp. [6:17-7:15]; [13:21-26:10]; [37:2-41:24]; [51:4-52:25]; [54:6-61:13] (to be filed under seal) |
| 03-14-2006 | S | ✓ | 922 | Certification of Counsel Regarding Admission of Exhibits at March 7, 2006 |

2. **Statement Of Issues Presented On Appeal**[2]

*First*, whether the Bankruptcy Court erred in precluding Milbank from offering evidence of its reliance on counsel in reaching the good faith determination that its representation of the First Lien Committee did not constitute an impermissible conflict of interest.

*Second*, whether the Bankruptcy Court erred in holding that Milbank's representation of the First Lien Committee constituted an impermissible conflict of interest

Dated:    May 8, 2006
         Wilmington, Delaware

SMITH, KATZENSTEIN & FURLOW LLP

By:_____
    Kathleen M. Miller, Esq.

The Corporate Plaza
800 Delaware Avenue
Wilmington, Delaware 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com

MILBANK, TWEED, HADLEY
& McCLOY LLP

Thomas A. Arena (TA 4613)
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000 (Telephone)
(212) 530-5219 (Facsimile)
tarena@milbank.com
jtecce@milbank.com

---

[2]   Milbank expressly reserves any and all rights to amend or supplement the issues set forth herein when it files its brief in accordance with Fed. R. Bankr. P. 8010(a)(1)(C).