**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MERIDIAN AUTOMOTIVE SYSTEMS-<br>COMPOSITES OPERATIONS, INC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.  05-11168 (MFW)<br><br>Jointly Administered |

**APPELLEE'S ADDITIONAL DESIGNATION OF DOCUMENTS FOR THE
RECORD ON APPEAL AND OBJECTION TO CERTAIN OF
APPELLANT'S DESIGNATIONS**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Stanfield Capital Partners, LLC ("Stanfield"), the Appellee, by and through its undersigned counsel, hereby responds to Appellant's Designation of Documents for the Record and Statement of Issues on Appeal, dated May 8, 2006, by designating the following additional documents for the record and objecting to certain of the items designated by Appellant:

I. <u>Designation of Additional Documents for Record on Appeal</u>

Stanfield designates the following items for inclusion in the record on appeal:

| DATE FILED | EXHIBIT | DOCKET NO. | ITEM |
|---|---|---|---|
| 03-02-06 | Stanfield 1 | | Email from Stephen Blauner to Luc Despins, Paul Malek, Jeffrey Katz forwarding email from Blauner to Chris Pucillo dated 10/18/04, re: staffing for upcoming projects with handwritten notes **(to be filed under seal)**[1] |

---

[1] The items so identified are to be filed under seal pursuant to 11 U.S.C. §§ 105(a) and 107(b)(1) and Fed. R. Bankr. P. 9018, granting Motion of Milbank, Tweed, Hadley & McCloy LLP to File Under Seal Its Objections to Disqualification Motion, dated March 22, 2006 (Docket No. 955) ("Sealing Order").

NYDOCS1-822572.1

| DATE FILED | EXHIBIT | DOCKET NO. | ITEM |
|---|---|---|---|
| 03-02-06 | Stanfield 3 | | Email exchange, dated 10/28/04, re: Stanfield Atkins **(to be filed under seal)** |
| 03-02-06 | Stanfield 12 | | Email from Jeffrey Katz to Jessica Guadalupe forwarding email from Jeffrey Katz to Stephen Blauner, cc'd Jay Grushkin, dated 11/02/04, attaching revised memo with Grushkin's comments **(to be filed under seal)** |
| 03-02-06 | Stanfield 13 | | Email from Jeffrey Katz to Chris Pucillo, cc'd Stephen Blauner, Jay Grushkin, dated 11/4/04, re: Meridian Auto-Modifications to Implement Proposed Receivables Facility **(to be filed under seal)** |
| 03-02-06 | Stanfield 19 | | Email from Jeffrey Katz to Chris Pucillo, cc'd Stephen Blauner, Jay Grushkin, dated 11/16/04, re: Matrix for Analysis of Second-Lien Loan Positions-Meridian Auto with attachment **(to be filed under seal)** |
| 03-03-06 | Stanfield 26 | | New Case Memorandum, dated 5/2/05 for Meridian Automotive Systems, Inc.—Informal Committee of First Lien Lenders Under First Lien Credit Agreement of Meridian Automotive Systems, Inc. **(to be filed under seal)** |
| 03-03-06 | Stanfield 27 | | Handwritten notes, re: SB Conflicts Kindergarten, dated 6/11/05 and notes from 6/10/05 regarding Milbank's representation of Stanfield and Meridian **(to be filed under seal)** |
| 03-03-06 | Stanfield 28 | | Email from Stephen Blauner to Chris Pucillo, dated 12/28/04, re: Meridian Auto consent to Milbank to represent another lender, Davidson Kempner **(to be filed under seal)** |
| 03-03-06 | Stanfield 29 | | Letter from Stephen Blauner to Andrew Siegel, dated 2/23/05, re: Intermet Conflict Waiver **(to be filed under seal)** |
| 03-03-06 | Stanfield 30 | | Email Exchange between Stephen Blauner and Chris Pucillo, dated 5/13/05, re: representation of Sankaty **(to be filed under seal)** |
| 03-03-06 | Stanfield 36 | | Email exchange, dated 6/23/05, re: Stanfield's concern of conflict **(to be filed under seal)** |

| DATE FILED | EXHIBIT | DOCKET NO. | ITEM |
|---|---|---|---|
| 03-07-06 | Stanfield 44 | | Letter from Luc Despins to A. Rosenstein, K. Ulrich, A. Cohen, T. McCarthy, C. Von Schimmelmann, J. Greene, B. Waisbren, dated 5/11/05, re: Meridian Automotive Systems, Inc.—Engagement of Milbank as Counsel to Informal Committee of First Lien Lenders **(to be filed under seal)** |
| 03-07-06 | Stanfield 45 | | Email from James Andriola to Thomas Arena, dated 3/6/06, re: stipulation of fees **(to be filed under seal)** |

II.    <u>Objection to Appellant's Designation</u>

Stanfield objects to Appellant's Designation of exhibits Q and R, which are portions of deposition transcripts that were not made part of the record before the Bankruptcy Court.

Dated:    May _18__, 2006

                Respectfully submitted,

                **MONZACK & MONACO, P.A.**

                __/s/ Francis A. Monaco, Jr._____
                Francis A. Monaco, Jr. (#2078)
                1201 N. Orange Street, Suite 400
                P.O. Box 2031
                Wilmington, DE 19899
                (302) 656-8162

                Counsel for Stanfield Capital Partners, LLC