# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

MERIDIAN AUTOMOTIVE SYSTEMS-
COMPOSITES OPERATIONS, INC, et al.,

Debtors.

Chapter 11

Case No. 05-11168 (M

Jointly Administered

## APPELLEE'S ADDITIONAL DESIGNATION OF DOCUMENTS FOI RECORD ON APPEAL AND OBJECTION TO CERTAIN OF APPELLANT'S DESIGNATIONS

This envelope contains CONFIDENTIAL INFORMATION subje
Order of the Court, Docket No. 955 and shall be kept under seal ur
Order of the Court.

## DOCUMENTS TO BE FILED AND KEPT UNDER SEAL

Francis A. Monaco, Jr. (#2078)
1201 Orange Street, Suite 400
Wilmington, DE 19801
Telephone:     (302) 656-8162

PERSONAL & CONFIDENTIAL

TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:**

**05-11168-MFW**

**Deputy Clerk Transferring Case:** Renee Kuesel

**Cause of Appeal:**

**(Docket #955) Order (REVISIONS BY THE COURT)**

( Docket # 1073) Appellee Designation of Contents for Inclusion in Record of Appeal *and Objection to Certain of Appellant's Designations* Filed by Stanfield Capital Partners LLC

(Docket #1083) Additional Designation of Documnets for Record on Appeal and Objection to Certain Appellant's Designations, **FILED UNDER SEAL*

**Parties:**

Milbank, Tweed, Hadley & McCloy as Counsel to the Informal Committee of First Lien Lenders

**Appellant Counsel:**   **Kathleen M. Miller**
  Smith, Katzenstein & Furlow, LLP
  The Corporate Plaza
  800 Delaware Avenue
  Wilmington, DE 19899
  302 652-8400
  Fax : 302-652-8405
  Email: kmiller@skdelaware.com

Stanfield Capital Partners, LLC
**Appellee Counsel:**   **Francis A. Monaco, Jr.**
  Monzack & Monaco    P.A.
  1201 N. Orange Street
  P.O. Box 2031
  Wilmington, DE 19899
  302-656-8162