IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------x
In re:                                        :    Chapter 11
                                              :    Case No. 06-cv-00325(GMS)
                                              :    Bankruptcy Case No. 05-11168 (MFW)
MERIDIAN AUTOMOTIVE SYSTEMS                   :
-- COMPOSITES OPERATIONS,                     :
INC., et al.,                                 :
                                              :
                              Debtors.        :
---------------------------------------------x
```

## STIPULATION OF DISMISSAL OF APPEAL

**IT IS HEREBY STIPULATED AND AGREED,** by and among Appellant Milbank, Tweed, Hadley & McCloy LLP ("Milbank") and Appellee Stanfield Capital Partners LLC ("Stanfield") that Milbank's appeal of the Order of the Bankruptcy Court granting Stanfield's Motion for Entry of an Order Disqualifying Milbank as Counsel to Committee of First Lien Secured Lenders, is hereby dismissed with prejudice, each party to bear its own costs.

Dated: October __, 2006
Wilmington, Delaware

SMITH, KATZENSTEIN & FURLOW LLP

By: _____
Kathleen M. Miller, Esq. (2898)
The Corporate Plaza
800 Delaware Avenue
Wilmington, Delaware 19899
(302) 652-8400

MILBANK, TWEED, HADLEY & McCLOY LLP
Thomas A. Arena, Esq. (TA 4613)
James C. Tecce, Esq. (JT 5910)
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Counsel for Appellant Milbank, Tweed, Hadley & McCloy LLP*

MONZACK AND MONACO, P.A.

By: _____
Francis A. Monaco, Jr., Esq. (#2078)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
(302) 656-8162

ANDERSON KILL & OLICK, P.C.
J. Andrew Rahl, Jr., Esq.
James Andriola, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

*Counsel for Appellee Stanfield Capital Partners LLC*

NYDOCS1-837939.2

## CERTIFICATE OF SERVICE

I, Kathleen M. Miller, hereby certify this 30th day of October 2006, a copy of the forgoing *Stipulation of Dismissal of Appeal* was served on the following by first class mail.

J. Andrew Rahl, Jr.
James Andriola
Paul A. Rachmuth
Anderson Hill & Olick, P.C
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

Ian S. Fredericks
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis A. Monaco, Jr.
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, Delaware 19899
(302) 656-8162

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

Don A. Beskrone
Gregory A. Taylor
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

Joseph McMahon
United States Trustee
844 King Street
Suite 2313
Wilmington, DE 19801
Joseph.McMahon@usdoj.gov

Kathleen M. Miller (2898)

10019196.DOC